Certiorari granted, except as to question No. 4 presented by the petition for the writ. *David Scribner, Frank J. Donner, Arthur Kinoy* and *Allan R. Rosenberg* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg, Carl H. Imlay* and *John R. Wilkins* for the United States.

No. 94. UNITED STATES *v.* LINDSAY ET AL. C. A. 1st Cir. Certiorari granted. *Acting Solicitor General Stern* for the United States. *Edward C. Park* for respondents.

No. 174. WHITE *v.* BALTIMORE & OHIO RAILROAD Co. C. A. 6th Cir. Certiorari granted. *Paul M. Herbert* for petitioner. *E. H. Burgess* and *Kenneth H. Ekin* for respondent.

No. 209. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. *v.* STUDE ET AL. C. A. 8th Cir. Certiorari granted. *Ralph L. Read* and *Alden B. Howland* for petitioner. *Raymond A. Smith* for respondents.

No. 184. GENERAL PROTECTIVE COMMITTEE FOR THE HOLDERS OF OPTION WARRANTS OF THE UNITED CORPORATION *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted limited to the question as to the jurisdiction of a court of appeals or a district court to review orders of the Securities and Exchange Commission. *M. Quinn Shaughnessy, Thomas Reath* and *Henry S. Drinker* for petitioner. *Acting Solicitor General Stern, Roger S. Foster* and *Aaron Levy* for the Securities and Exchange Commission; and *Richard Joyce Smith* for the United Corporation, respondents.